# UNITED STATES DISTRICT COURT
для для
for the
District of Connecticut

*United States District Court*
*District of Connecticut*
*FILED AT BRIDGEPORT*
*9-14-2020*
*Robin D. Tabora, Clerk*
*By: Deputy Clerk*

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 20-mj-00782 (WIG)
the Premises Known and Described as 1 Austin Drive, )
Fairfield, CT, and closed containers and electronic )
devices contained therein. )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of Connecticut, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1962(d), 892, 893, 894, and 1951 | Racketeering conspiracy, making, financing, and collecting extortionate extensions of credit, and interference with commerce by threats or violence |

The application is based on these facts:
See attached agent affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Sarah Lingsch*
Digitally signed by Sarah Lingsch
DN: cn=Sarah Lingsch, o, ou, email=slingsch@fbi.gov, c=US
Date: 2020.09.14 12:31:18 -04'00'

*Applicant's signature*

Sarah Lingsch, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: 9/14/2020

City and state: Bpt, CT

s/William I. Garfinkel
*Judge's signature*

Hon. William I. Garfinkel, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### PLACE TO BE SEARCHED

The Subject Premises, depicted below, are particularly described as a white single-family home located at 1 Austin Drive, Fairfield, CT. The Subject Premises can be accessed via a private driveway marked by a mailbox to which the number "1" is affixed. The front door of the Subject Premises is painted white with a half-moon shaped window in the upper portion.



## ATTACHMENT B

### DESCRIPTION OF ITEMS TO BE SEIZED

The items to be seized from the Subject Premises consist of the following evidence, fruits, and instrumentalities of racketeering conspiracy, in violation of 18 U.S.C. § 1962(d) and extortion (including extortionate extensions of credit, extortionate debt collection, and financing of the same), in violation of 18 U.S.C. §§ 892, 893, 894, and 1951 (the "Subject Offenses") described as follows:

a. Evidence concerning occupancy or ownership of the Subject Premises, including without limitation titles, utility and telephone bills, mail envelopes, addressed correspondence, identification documents, and address books;

b. Evidence concerning the identity or location of, and communications with, co-conspirators, including without limitation photographs, diaries, contact lists, and address books;

c. Evidence concerning the identity or location of, and communications with, victims or intended victims, including without limitation photographs, contact lists, address books, and ledgers or other records of debts;

d. Evidence concerning extortion and the extortionate extension of credit (loansharking), including but not limited to, bank accounts, lists of debtors, ledgers;

e. Evidence of proceeds of the Subject Offenses, including without limitation United States or foreign currency, ledgers or other records of debts, bank statements, receipts, tax returns evidencing the absence of legitimate income, property such as jewelry, art, fine furniture, and other *valuable* goods which would constitute evidence of unexplained wealth;

f. Evidence concerning safety deposit boxes, storage units, or ownership of other real estate where evidence, fruits, or instrumentalities of the Subject Offenses might be found;

g. Any safes, key-lock strong boxes, and other types of locked or closed containers that may contain any of the items described in paragraphs (a) through (f) above; and

h. Any cellular phones and SIM cards, which have indicia of ownership, dominion, or control by the Target Subject, to be searched for any of the items described in paragraphs (a) through (f) above, as well as:

   1. Evidence of who used, owned, or controlled the electronic device at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords,

       documents, browsing history, user profiles, email, email contacts, "chats," instant messaging logs, photographs, and correspondence;

2. Evidence of the times the electronic device was used;

3. Passwords, encryption keys, and other access devices that may be necessary to access the electronic device;

4. Documentation and manuals that may be necessary to access the electronic device or to conduct a forensic examination of the electronic device;

5. Contextual information necessary to understand the other information recovered.