# Return

| Case No.: 281A-NY-▮▮▮▮▮8 | Date and time warrant executed: 9/16/20 12:00p | Copy of warrant and inventory left with: ▮▮▮▮▮ |

Inventory made in the presence of: ▮▮▮▮▮

Inventory of the property taken and name(s) of any person(s) seized:

- 1 Black iphone SE
  Serial F17D74Y7PLUM

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/15/2021

*Executing officer's signature*

Sarah Lingsch, Special Agent
*Printed name and title*