UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| IN RE: SEARCH WARRANT | Case No. 20M782 (RMS) |
|---|---|
| | March 27, 2022 |

**ORDER TO CONTINUE SEALING UNTIL SEPTEMBER 9, 2022**

Upon due consideration of the government's Motion To Continue Sealing, it is hereby ORDERED *Nunc Pro Tunc* that the Application for Search Warrant (Docket No. 1), the Affidavit in Support of Search Warrant (Docket No. 1-1), the Search Warrant (Docket. No. 2), the Sealed Motion and Order to Continue Sealing (Docket Nos. 9, 14), and the unredacted search warrant return (Docket 11), as well as the instant Motion to Continue Sealing and any corresponding Order, shall remain sealed until September 9, 2022.

The Court finds that the presumption of access to these documents is outweighed by the countervailing factors in favor of sealing described in the government's motion, including that the document contains sensitive and nonpublic information, that is, descriptions of the government's investigative techniques--including covert techniques, evidence collected during the investigation, and information that could lead to the identification of one or more targets or witnesses, which, if publicly disclosed, could endanger witnesses, negatively impact the ongoing investigation by permitting potential destruction of evidence, possible flight, possible witness tampering, or which could potentially impede collection of additional evidence through the use of search warrants or the grand jury, or by providing a target or witness with information about the investigation of which they may not be aware. Accordingly, the requested sealing of the document is essential to

preserve compelling interests and is narrowly tailored to serve the interests the government has identified in its motion.

It is so ordered.

_____
HON. ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE