UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| IN RE: SEARCH WARRANT | Case No. 20mj782 (RMS) |
|---|---|
| | September 23, 2022 |

## **PROPOSED ORDER**

Upon due consideration of the government's Motion To Continue Sealing, it is hereby ORDERED that the Application for Search Warrant (Docket No. 1) and the Search Warrant (Docket. No. 2), as well as the prior orders to seal (Docket Nos. 14, 17) are hereby unsealed.

Upon due consideration it is also ORDERED that the unredacted Affidavit (Docket No. 1-1) and prior sealing motions (Docket Nos. 9, 16) will remain under seal.

The Court finds that the presumption of access to these documents is outweighed by the countervailing factors in favor of sealing described in the government's motion, including that the document contains sensitive and nonpublic information, that is, descriptions of the government's investigative techniques--including covert techniques, evidence collected during the investigation, and information that could lead to the identification of one or more targets or witnesses, which, if publicly disclosed, could endanger witnesses, negatively impact the ongoing investigation by permitting potential identification of a confidential source, potential witness tampering, or which could potentially impede collection of additional evidence through the use of search warrants or the grand jury, or by providing witness(es) or others who know the individuals involved in the criminal activity with information about the investigation of which they may not be aware. Accordingly, the requested sealing of the document is essential to preserve compelling interests and is narrowly tailored to serve the interests the government has identified in its motion.

It is further ORDERED that the government will file on the docket a redacted version the

Affidavit (Docket No. 1-1).

In addition, copies of the unredacted Affidavit and prior sealing motions may be shared with prosecution and defense in connection with the indicted case in which the target whose Connecticut residence was searched is charged.

It is so ordered.

_____
HON. ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE